IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KINGRALE COLLINS,
ADC #SK-945                                                                                          PLAINTIFF

v.                                              5:07CV00210 WRW/HLJ

GRANT HARRIS, et al.                                                                         DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 10th day of October, 2007.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE